IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| FITEC INTERNATIONAL, INC., a Tennessee Corporation ) ) ) | |
| Plaintiff ) ) | |
| vs. ) ) | Civil Action No. 2:04CV2326-D/V |
| PAUL C. ARDERN, an individual resident of the State of Florida, ) ) ) | |
| Defendant, Counter-Plaintiff ) ) | |
| vs. ) ) | |
| FITEC INTERNATIONAL, INC., a Tennessee Corporation ) ) ) | |
| Counter-Defendant ) | |

### ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER AND AMENDED COUNTER-COMPLAINT

CAME ON TO BE HEARD Defendant's Motion for Leave to File Second Amended Answer and Amended Counter-Complaint. After reviewing the positions of the party and the record in this cause, it appears that the Motion is well founded and should be granted.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Defendant is hereby granted leave to file the Second Amended Answer and Amended Counter-Complaint, a copy of which has been attached to the Defendant's Motion as Exhibit "A".

_____
JUDGE

DATE: May 2, 2005

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 5-3-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02326 was distributed by fax, mail, or direct printing on May 3, 2005 to the parties listed.

---

Paul C. Ardern
133 E. 21st St.
Riviera Beach, FL 33404

David Curry Riley
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Todd B. Murrah
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Grady M. Garrison
BUTLER SNOW O'MARA STEVENS & CANNADA, PLLC
P.O. Box 171443
Memphis, TN 38187--144

John R. Branson
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT