FILED BY ____ D.C.

05 JUN -6 AM 6:48

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

---

FITEC INTERNATIONAL, INC.,

    Plaintiff,

Case No.: 04-2326 D

v.

PAUL C. ADERN, et al.,

    Defendants.

---

ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* (DOCKET ENTRY #3)

---

Before the Court is Adern's Motion to Proceed *In Forma Pauperis*. For the reasons set forth in Magistrate Judge Vescovo's July 12, 2005 order denying appointment of counsel, the motion is **DENIED**.

Upon review of the motion, and for good cause shown, the motion is

**IT IS SO ORDERED** this ___3rd___ day of ___June___, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __6-6-05__

27

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:04-CV-02326 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Grady M. Garrison
BUTLER SNOW O'MARA STEVENS & CANNADA, PLLC
P.O. Box 171443
Memphis, TN 38187--144

David Curry Riley
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

John R. Branson
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Todd B. Murrah
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Paul C. Ardern
133 E. 21st St.
Riviera Beach, FL 33404

Honorable Bernice Donald
US DISTRICT COURT