# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FITEC INTERNATIONAL, INC.,
A TENNESSEE CORPORATION,

Plaintiff,

vs.

PAUL C. ARDERN, AN INDIVIDUAL
STATE OF FLORIDA,

Defendant, Counter-Plaintiff,

vs.

FITEC INTERNATIONAL, INC.,
A TENNESSEE CORPORATION,

Counter-Defendant.

Civil Action No. 2:04CV2326-D/V

JURY DEMANDED

**MOTION GRANTED**
DATE: 8/24/2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

## JOINT MOTION FOR CONTINUANCE AND MODIFICATION OF SCHEDULING ORDER

COME NOW the parties, by and through counsel, and respectfully move this Honorable Court for a continuance of the trial date in this matter and for an Amended Scheduling Order, and in support thereof, state as follows:

1. Notwithstanding good faith efforts to conclude discovery, the parties have experienced significant delay in the discovery process as a result of their attempts to secure and produce documents and information via electronic means. In addition, Plaintiff has located a computer which is believed to have contained pertinent information which has been deleted. Plaintiff has tried to reconstruct the data, but so far has been unsuccessful and likely will have to call in a consultant to do so.

2. In the interest of judicial economy and efficiency and in an effort to maintain costs to the public at a minimum, these parties believe that it would be in the best interest of all

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

parties in this litigation to continue the trial and to amend the Scheduling Order so as to allow both parties an opportunity for full and complete discovery.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request jointly that this Court continue the trial date and amend the Scheduling Order so as to allow the parties the opportunity for full and complete discovery and, further, these parties request jointly such other relief as may be proper under the circumstances. The parties respectfully submit herewith the Joint Memorandum, Certificate of Consultation and a proposed Third Amended Joint Scheduling Order.

Respectfully submitted, this the __19__ day of August, 2005.

John R. Branson, #10913
Mason W. Wilson, #023928
Attorneys for Plaintiff

BUTLER, SNOW, O'MARA, STEVENS &
CANNADA, PLLC
Crescent Center, Suite 500
6075 Poplar Avenue
Memphis, TN 38119
901-680-7200
John.Branson@Butlersnow.com

Todd B. Murrah, #15235    by mww w/p
Attorney for Defendant

GLASSMAN, EDWARDS, WADE
& WYATT, P.C.
26 North Second Street Building
Memphis, Tennessee 38103
(901) 527-4673
tmurrah@gewwlaw.com

MEMPHIS 170810v1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:04-CV-02326 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Paul C. Ardern
133 E. 21st St.
Riviera Beach, FL 33404

Grady M. Garrison
BUTLER SNOW O'MARA STEVENS & CANNADA, PLLC
P.O. Box 171443
Memphis, TN 38187--144

David Curry Riley
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

John R. Branson
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Todd B. Murrah
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Mason W. Wilson
BUTLER SNOW O'MARA STEVENS & CANNADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT