IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FITEC INTERNATIONAL, INC.,
A TENNESSEE CORPORATION,

Plaintiff,

vs.

Civil Action No. 2:04CV2326-D/V

PAUL C. ARDERN, AN INDIVIDUAL
STATE OF FLORIDA,

JURY DEMANDED

Defendant, Counter-Plaintiff,

vs.

FITEC INTERNATIONAL, INC.,
A TENNESSEE CORPORATION,

Counter-Defendant.

## ORDER EXTENDING DEADLINE FOR TAKING DEPOSITIONS OF FACT WITNESSES

THIS CAUSE came before the Court on the parties' Joint Motion to Extend Deadline for Taking Depositions of Fact Witnesses, and the Court, having considered the Motion, finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the deadline for the parties to take depositions of fact witnesses is extended to February 15, 2006.

SO ORDERED, ADJUDGED and DECREED this 30th day of November, 2005.

_Duane K. Vescovo_
JUDGE - U.S. Magistrate Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12/1/05

APPROVED:


*[signature]*

John R. Branson, #10913
Mason W. Wilson, #023968
Attorneys for Plaintiff

BUTLER, SNOW, O'MARA, STEVENS &
CANNADA, PLLC
Crescent Center, Suite 500
6075 Poplar Avenue
Memphis, TN  38119
901-680-7200
mason.wilson@butlersnow.com


*[signature]* BY MWW
                W/ PERMISSION
Todd Murrah, Esq.
GLASSMAN, EDWARDS, WADE
  & WYATT, P.C.
26 North Second Street Building
Memphis, Tennessee  38103




MEMPHIS 183479v1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:04-CV-02326 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

John R. Branson
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

David Curry Riley
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Todd B. Murrah
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Grady M. Garrison
BUTLER SNOW O'MARA STEVENS & CANNADA, PLLC
P.O. Box 171443
Memphis, TN 38187--144

Mason W. Wilson
BUTLER SNOW O'MARA STEVENS & CANNADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Paul C. Ardern
8237 Bullneck Road
Dundalk, MD 21222

Honorable Bernice Donald
US DISTRICT COURT