IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /aks D.C.

05 DEC 16 PM 12: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FITEC INTERNATIONAL, INC.,
A TENNESSEE CORPORATION,

Plaintiff,

vs.

Civil Action No. 2:04CV2326-D/V

PAUL C. ARDERN, AN INDIVIDUAL
STATE OF FLORIDA,

JURY DEMANDED

Defendant, Counter-Plaintiff,

vs.

FITEC INTERNATIONAL, INC.,
A TENNESSEE CORPORATION,

Counter-Defendant.

## ORDER EXTENDING DEADLINES FOR DISCLOSURE OF RULE 26 EXPERT INFORMATION

**THIS CAUSE** came before the Court on the parties' Joint Motion to Extend Deadlines for Disclosure of Rule 26 Expert Information, and the Court, having considered the Motion, finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the deadline for the disclosure of the plaintiff's Rule 26 expert information is extended to January 15, 2006 and the deadline for the disclosure of the defendant's Rule 26 expert information is extended to February 15, 2006.

SO ORDERED, ADJUDGED and DECREED this 15th day of December, 2005.

Diane K. Vescovo
JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12/20/05

56

APPROVED:

*Mason W. Wilson w/ permission BJS #023674*
Mason W. Wilson, #023968
Attorney for Plaintiff

BUTLER, SNOW, O'MARA, STEVENS &
CANNADA, PLLC
Crescent Center, Suite 500
6075 Poplar Avenue
Memphis, TN 38119
901-680-7200
mason.wilson@butlersnow.com


*Todd Murrah w/ permission BJS #02387*
Todd Murrah, Esq.
GLASSMAN, EDWARDS, WADE
  & WYATT, P.C.
26 North Second Street Building
Memphis, Tennessee 38103



Memphis 184940v.1



2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 56 in case 2:04-CV-02326 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

John R. Branson
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

David Curry Riley
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Mason W. Wilson
BUTLER SNOW O'MARA STEVENS & CANNADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Todd B. Murrah
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Grady M. Garrison
BUTLER SNOW O'MARA STEVENS & CANNADA, PLLC
P.O. Box 171443
Memphis, TN 38187--144

Paul C. Ardern
8237 Bullneck Road
Dundalk, MD 21222

Honorable Bernice Donald
US DISTRICT COURT